BURR T. BREED, Respondent, *v.* CORNELL UNIVERSITY, Appellant.

*Negligence — motor vehicles — action to recover for personal injuries arising from collision of two automobiles — defense that automobile was owned by and operated in business of the state.*

*Breed* v. *Cornell University*, 198 App. Div. 966, affirmed.

(Argued January 30, 1922; decided February 28, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 8, 1921, unanimously affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries and injury to property alleged to have been sustained by plaintiff through the negligence of defendant. The complaint alleged that while plaintiff was driving his automobile northerly on the highway between Cortland and Syracuse an automobile owned by defendant and driven by its servant or agent at a high rate of speed on the easterly side of the road collided with him causing the damage complained of. Defendant alleged as a defense that the automobile in question belonged to and was being operated in the business of the state.

*O. L. McCaskill* and *H. D. Bailey* for appellant.

*A. Lee Olmsted* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ. Not sitting: HISCOCK, Ch. J., and POUND, J.